# In the United States Court of Federal Claims

No. 20-996 C

(Filed: January 19, 2022)

```
* * * * * * * * * * * * * * * * *   *
                                    *
                                    *
HUMANA, INC.,                       *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

On January 14, 2022, the parties submitted a Joint Stipulation for Entry of Final Judgment. ECF No. 19. The Court has reviewed the parties' stipulations included therein. Accordingly, the Court adopts the stipulations and releases agreed to by the parties in ECF No. 19 and orders the following:

1.  The Clerk shall enter **JUDGMENT** in favor of Plaintiff in the amount of $1,957,699.61 on Count I of the complaint (ECF No. 1) as it relates to cost-sharing reduction ("CSR") payments through December 31, 2017, with each party to bear its own costs, attorneys' fees, and expenses. *See* ECF No. 19 at ¶ 5.

2.  The Court **DISMISSES** Count II of the complaint (ECF No. 1) with prejudice. *See* ECF No. 19 at ¶ 6.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge